# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00730-CR

**Roger Anthony Villarreal, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF COKE COUNTY
### NO. 06-4122, HONORABLE ROY BLAIR, JUDGE PRESIDING

## C O N C U R R I N G  O P I N I O N

Springing from a single seed, this thin case turns on the detailed findings of fact made by the diligent trial court informing us of the basis of the trial court's ruling. *See State v. Cullen*, 195 S.W.3d 696 (Tex. Crim. App. 2006). Based upon a review of the trial court's ruling as expressed in its findings of fact and conclusions of law, and upon the legal analysis set forth in a companion case to this one, *Hamilton v. State*, No. 03-06-00729-CR, 2007 Tex. App. LEXIS 7239 (Tex. App.—Austin Aug. 31, 2007, no pet. h.), I concur in the judgment.

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   September 25, 2007

Do Not Publish